## GORHAM et al. v. TOOMEY et al.

District Courts have no power to restrain the execution of the judgments or orders of Courts of co-ordinate jurisdiction.

All proceedings to enjoin judgments must issue from the Court having the control of such judgments.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

The facts necessary to understand the points decided, appear in the opinion of the Court.

*Shafter, Park & Shafter,* for Appellants.

*C. M. Brosnan* for Respondents.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

This action was instituted in the Twelfth District Court, to enjoin proceedings under a judgment of the Superior Court of San Francisco.

In Ricketts and Wife v. Johnson, (decided in April, 1857,) we held that, under our system, the District Courts had no power to restrain the execution of the judgments or orders of Courts of co-ordinate jurisdiction, and that all proceedings to enjoin judgments must be issued from the Court having the control of such judgments.

By the act of March, 1857, abolishing the Superior Court, all judgments and actions pending therein were transferred to the Fourth District Court, which tribunal is fully competent to afford the plaintiffs all the relief to which they are entitled.

Judgment affirmed.